UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

 v.

MAN VAN PHAN,

      Defendant.

Case No. CR10-196-TSZ

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 6, 2012. The defendant appeared pursuant to summons issued in this case. The United States was represented by Michael Lang, and defendant was represented by Paula Deutsch. Also present was U.S. Probation Officer Angela M. McGlynn. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on December 11, 2006, by the Honorable Michael J. Davis in the District of Minnesota for Conspiracy to Distribute 25,000 tablets of MDMA. He received 48 months of detention and 3 years of supervised release. On November 20, 2009, Mr. Phan was released from detention and transferred to the custody of the United States Immigration and Customs Enforcement ("ICE"). On March 1, 2010, he was released from ICE custody to live in

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

the Western District of Washington. On June 24, 2012, jurisdiction was transferred from the District of Minnesota to the Western District of Washington.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated April 24, 2012, U.S. Probation Officer Angela McGlynn alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of driving while license suspended 3rd degree, on or about November 30, 2011, in violation of the special condition that prohibits the defendant from committing any new local, state, or federal crimes.

2. Leaving the judicial district without permission on or before November 30, 2011, and April 20, 2012, in violation of standard condition No. 1.

3. Possessing marijuana on or about April 20, 2012, in violation of standard condition No. 7.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted to violations 1 and 2, and waived any hearing as to whether they occurred. The government dismissed violation 3. Counsel will contact District Judge Thomas S. Zilly to set a disposition hearing date.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 6th day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2